# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| E.G. & G. REALTY, INC.<br>Respondent | : | No. 155 MAL 2015 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| YOUN SANG KIM AND OK JA KIM AND | : | |
| YSK, INC. INDIVIDUALLY AND TRADING | : | |
| AS YSK CLEANERS, FORMERLY | : | |
| KNOWN AS J. MURRAY CLEANERS | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SOUTH BROAD STREET ASSOCIATES | : | |
| Respondent | | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.